1018

[No. 25623-5-III. Division Three. October 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD A. RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-1-01945-9, Salvatore F. Cozza, J., entered October 27, 2006. *Affirmed* by unpublished opinion per Stephens, J., concurred in by Sweeney, C.J., and Brown, J.

[No. 33859-9-II. Division Two. October 31, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. QUALAGINE APERO HUDSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-01939-1, John A. McCarthy, J., entered September 26, 2005. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 34397-5-II. Division Two. October 31, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK ANTHONY TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 05-1-00107-9, E. Thompson Reynolds, J., entered January 26, 2006. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 34577-3-II. Division Two. October 31, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. TREVOR D. PRUITT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-01473-5, Brian M. Tollefson, J., entered March 3, 2006. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Quinn-Brintnall, JJ.